## BELLACH qui tam v. ENOCK GABB.

Supreme Court.

*Rodney's Notes.*

*Ridgely, Hall* [for plaintiffs]. *Fisher, Clayton* [for defendant].

Doctor J. Sykes. I saw Negro James in Gabb's possession. He took [him] through the square at Dover in irons etc. about July 20. From reference to papers Gabb claimed in consequence of a sale from B. Stout, Gabb lived at Cook's. I have Negro James now.

Cornelius Battle. We found James in Carolina in their possession and brought him back on Monday, July 23, a few days after he had been carried away. He was confined and in irons. I knew Gabb. He boarded at Cook's; had no family.

Thomas Allee. I saw Gabb demand James of John Boyee, the jailer, by an order from Benjamin Stout. He was given up to him. I understood from Gabb that he bought James to export out of the state, heard him say Captain Irvin would give great prices for Negroes.

Warner Pollin. Saw Gabb and Williams, who lives at the red house, carry James off.

Benjamin Gould. I heard James make a noise in the night going by my house.

*Hall* for plaintiff.

*Fisher.* They have given no evidence that Gabb sold the Negro or was out of the state. Why did they not bring Waddle, with whom he was found in Carolina, to prove he was sold and carried out by Gabb. They should prove he was a slave.

*Clayton.* Proof should be positive.

*Ridgely* [for plaintiff].

CHIEF JUSTICE BOOTH. The policy or impolicy of the law has nothing to do with this decision. We consider this a penal Act, but yet it should be so construed as to remedy the mischief. The carrying out and the Negro being slave should be proved, but direct proof is not necessary. If you are fully satisfied from the evidence of the guilt of the party you will so find.

Verdict for plaintiff, £100.